UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM SELLERS,<br><br>        Plaintiff,<br><br>  v.<br><br>PIERCE COUNTY SUPERIOR COURT, et al.,<br><br>        Defendants. | Case No. 3:18-cv-05954-RJB-TLF<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke (Dkt. 4) and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation; and

(2) This matter is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 18th day of March, 2019.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1